IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DANIEL FORTUNE**                                                                                              **PLAINTIFF**

**v.**                                           **CASE NO. 2:23-CV-00057-BSM**

**DOES**                                                                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE